918

Robert **FOGEL** and Sylvia **Fogel**,
Petitioners,

v.

**COMMISSIONER OF INTERNAL
REVENUE,** Respondent.

No. 12764.

United States Court of Appeals
Sixth Circuit.

Oct. 17, 1956.

Sol Goodman, Sidney C. Brandt, Cincinnati, Ohio, for petitioners.

Charles K. Rice, John Potts Barnes, Lee A. Jackson, John J. Kelley, Jr., I. Henry Kutz, Rollin H. Transue, and S. Dee Hanson, Washington, D. C., for respondent.

Before McALLISTER, MILLER and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the decision herein reviewed be and is hereby affirmed upon the opinion of the Tax Court.

Don E. **HUGHES,** Plaintiff-Appellant,

v.

**SALEM CO-OPERATIVE COMPANY,**
Inc., Defendant-Appellee,
and
**Prater Pulverizer Company,** Intervening
Defendant-Appellee.

No. 12737.

United States Court of Appeals
Sixth Circuit.

Oct. 17, 1956.

Frank E. Liverance, Jr., and Dilley & Dilley, Grand Rapids, Mich., for appellant.

John D. McDonald, Grand Rapids, Mich., Sidney Neuman and Fred T. Williams, Chicago, Ill., for appellees.

Before SIMONS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed for the reasons set forth in the opinion of Judge Starr, 134 F.Supp. 572.

Bonnie **STEADMAN** and Maxie **Steadman,** Appellants,

v.

**KINGSPORT UTILITIES,** Inc.,
Appellee.

No. 12921.

United States Court of Appeals
Sixth Circuit.

Oct. 17, 1956.

Clifford E. Sanders, Jackson C. Raulston, Frank K. Moore, Kingsport, Tenn., for appellants.

Penn, Hunter, Smith & Davis, Kingsport, Tenn., Edwin O. Norris, Kingsport, Tenn., for appellee.

Before SIMONS, Chief Judge, and McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the

briefs of the parties, and the argument of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed for the reasons set forth in the opinion of Judge Taylor, 139 F.Supp. 622.

Waunetta M. REMINGTON, Executrix of the Estate of Dorus L. Remington, Deceased, Plaintiff and Appellant,

v.

GENERAL MOTORS CORPORATION, Defendant and Appellee.

No. 12794.

United States Court of Appeals
Sixth Circuit.

Oct. 25, 1956.

F. Norman Higgs, Bay City, Mich., Karr & Wumkes, Flint, Mich., for appellant.

Devine & McAra, Flint, Mich., for appellees.

Before ALLEN, McALLISTER, and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed for the reasons set forth in the opinion of the district court granting appellee's motion to dismiss the cause, 127 F.Supp. 672.

UNITED STATES of America, Appellant,

v.

LINCOLN DINNER CLUB.

No. 15658.

United States Court of Appeals
Eighth Circuit.

Oct. 5, 1956.

William C. Spire, U. S. Atty., Omaha, Neb., and Richard C. Peck, Asst. U. S. Atty., Plattsmouth, Neb., for appellant.

Allen W. Field and Lewis R. Ricketts, Lincoln, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by appellant. 143 F.Supp. 398.

Della B. CURRIE, Appellant,

v.

Edwin VOGLER, Sr., et al.

No. 15511.

United States Court of Appeals
Eighth Circuit.

Oct. 16, 1956.

Wilbur C. Schwartz, St. Louis, Mo., for appellant.

George E. Lee, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice and at appellant's costs, on stipulation of parties.